# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA L. REINECKER, | Case No. CV 15-04334-AG (JEM) |
| Plaintiff, | |
| v. | J U D G M E N T |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED and this action is DISMISSED with prejudice.

DATED: June 30, 2016

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE